**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Catherine Jean Benken-Fenning and Austin Michael Kingsley,

Plaintiffs,

v.

Social Security, Rep Payee,

Defendant.

Case No. 26-CV-3543 (JMB/DJF)

**ORDER**

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Dulce J. Foster dated September 4, 2026. (Doc. No. 3.) The R&R recommends that this action be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 3) is ADOPTED.
2. The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 21, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court